

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>FEDERICO MORENO-LOPEZ,<br><br>     Defendant. | Case No.: 16-CR-1728-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 27] |

 Upon motion of the United States of America and good cause appearing,

 **IT IS HEREBY ORDERED** that the Indictment in the above-entitled case against defendant Federico Moreno-Lopez be dismissed without prejudice.

 **IT IS SO ORDERED AND ADJUDGED**.

DATE: 2/21/2017

          HON. MICHAEL M. ANELLO
          United States District Judge